# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael S. Carr                          CHAPTER 13

Debtor(s)

BKY. NO. 20-22439 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-B and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
28 Aug 2024, 16:27:30, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com