## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHAEL S. CARR, | ) | CASE NO.: 20-22439-GLT |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE GREGORY L. TADDONIO |
| | ) | |
| THE BANK OF NEW YORK MELLON F/K/A | ) | |
| THE BANK OF NEW YORK AS INDENTURE | ) | |
| TRUSTEE FOR CWHEQ REVOLVING HOME | ) | |
| EQUITY LOAN TRUST, SERIES 2007-B AS | ) | |
| SERVICED BY NEWREZ LLC D/B/A | ) | |
| SHELLPOINT MORTGAGE SERVICING, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| MICHAEL S. CARR, DEBTOR, AND | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-B as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 8th day of November 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203

Tallahassee, FL 32312
(850) 422-2520 (telephone)
[josh.goldman@padgettlawgroup.com](mailto:josh.goldman@padgettlawgroup.com)
*Counsel for Creditor*

# **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 8th day of November 2024.

*DEBTOR*
MICHAEL S. CARR
2369 WEST HARDIES ROAD
GIBSONIA, PA 15044

*ATTORNEY FOR DEBTOR*
ANDREW KEVIN PRATT
DAVID Z. VALENCIK
CALAIARO VALENCIK
938 PENN AVENUE, SUITE 501
PITTSBURGH, PA 15222
APRATT@C-VLAW.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*