# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

03/04/2025

IN RE:

| | |
|---|---|
| MICHAEL S. CARR | Case No.20-22439 GLT |
| 2369 WEST HARDIES ROAD | |
| GIBSONIA, PA 15044 | Chapter 13 |
| XXX-XX-0542       Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **GRB LAW\*\*** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **ALLY BANK(\*)** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  VEHICLE |
| PAYMENT PROCESSING CENTER\* | Court Claim Number:1 | ACCOUNT NO.:  0072 |
| PO BOX 660618 | | |
| | CLAIM: 14,329.12 | |
| DALLAS, TX  75266-0618 | COMMENT:  $/CL-PL@0%/PL\*11.68%/FACE | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:3 | ACCOUNT NO.:  6325 |
| PO BOX 10826 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  LN MOD @ 30\*FR BNY/SLS\*DOC 151 | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SN SERVICING(\*) | Court Claim Number:10 | ACCOUNT NO.:  2354 |
| 323 5TH ST\* | | |
| | CLAIM: 0.00 | |
| EUREKA, CA  95501 | COMMENT:  FR USB/BSI\*DOC 75\*LN MOD @ 32 | |

| | | |
|---|---|---|
| **MICHAEL C MAZACK ESQ** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| LYNCH LAW GROUP | Court Claim Number: | ACCOUNT NO.: |
| 501 SMITH DRIVE STE 3 | | |
| | CLAIM: 0.00 | |
| CRANBERRY TWP, PA  16066 | COMMENT: | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5 | ACCOUNT NO.:  0542 |
| PO BOX 7317 | | |
| | CLAIM: 431.95 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/CL-PL\*NO YRS/SCH-PL\*16 | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:2 | ACCOUNT NO.:  7023 |
| | CLAIM: 8,583.45 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.:  A9G7 |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT:  NT ADR~CHILD DVLPMNT/SCH | |

| | | |
|---|---|---|
| **ENHANCED RECOVERY COMPANY++** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8014 BAYBERRY RD | Court Claim Number: | ACCOUNT NO.:  3683 |
| | CLAIM: 0.00 | |
| JACKSONVILLE, FL  32256-7412 | COMMENT:  ATT MOBILITY/SCH | |

**CLAIM RECORDS**

---

**PEOPLES NATURAL GAS CO LLC***
ATTN BANKRUPTCY DEPARTMENT
375 NORTH SHORE DR

PITTSBURGH, PA  15212

Trustee Claim Number:11  INT %:  0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:

---

**STEIDL & STEINBERG**
GULF TWR STE 2830
707 GRANT ST

PITTSBURGH, PA  15219

Trustee Claim Number:12  INT %:  0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  NO$/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:

---

**HAMPTON TOWNSHIP SD & HAMPTON TWP (EIT**
C/O JORDAN TAX SVC-PRE-2012 YRS
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:13  INT %:  0.00%
Court Claim Number:7

CLAIM:  3,050.72
COMMENT:  $/CL-PL*UNS/SCH*09-11

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.:  0542

---

**UPMC HEALTH SERVICES**
C/O DCM SERVICES/BANKRUPTCY
PO BOX 1123

MINNEAPOLIS, MN  55440

Trustee Claim Number:14  INT %:  0.00%
Court Claim Number:4-2

CLAIM:  247.07
COMMENT:  NT/SCH*UPMC CHILDRENS*AMD

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:  0542

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317

PHILADELPHIA, PA  19101-7317

Trustee Claim Number:15  INT %:  0.00%
Court Claim Number:5

CLAIM:  986.15
COMMENT:  NO GEN UNS/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:  0542

---

**US BANK TRUST NA - TRUSTEE ET AL**
C/O SN SERVICING(*)
323 5TH ST*

EUREKA, CA  95501

Trustee Claim Number:16  INT %:  0.00%
Court Claim Number:10

CLAIM:  0.00
COMMENT:  *FR USB/BSI*DOC 75*CL 55614.55*LN MOD @ 32

CRED DESC:  MORTGAGE ARR.
ACCOUNT NO.:  2354

---

**HAMPTON TOWNSHIP (STRM WTR)**
C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:17  INT %:  10.00%
Court Claim Number:8

CLAIM:  115.00
COMMENT:  1210-M-93*CL8GOV*TTL $257.60@0%/PL*NT/SCH*WNTS 10%*SVC THRU 8/20/20*W

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  0M93

---

**DUQUESNE LIGHT COMPANY(*)**
ATTN. LITIGATION COUNSEL
411 SEVENTH AVE
MAIL DROP 16-1
PITTSBURGH, PA  15219

Trustee Claim Number:18  INT %:  0.00%
Court Claim Number:6

CLAIM:  361.76
COMMENT:  NT/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:  3851

---

**HAMPTON TOWNSHIP (STRM WTR)**
C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:19  INT %:  0.00%
Court Claim Number:8

CLAIM:  13.80
COMMENT:  1210-M-93*CL8GOV*TTL $257.60@0%/PL*NT/SCH*NON-INT*SVC THRU 8/20/20*W/17

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  0M93

---

**HAMPTON TOWNSHIP (STRM WTR)**
C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:20  INT %:  10.00%
Court Claim Number:8

CLAIM:  115.00
COMMENT:  1210-M-229*CL8GOV*TTL $257.60@0%/PL*NT/SCH*WNTS 10%*SVC THRU 8/20/20*V

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  M229

**CLAIM RECORDS**

---

| **HAMPTON TOWNSHIP (STRM WTR)** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR | Court Claim Number:8 | ACCOUNT NO.: M229 |
| 102 RAHWAY RD | | |
| | CLAIM:  13.80 | |
| MCMURRAY, PA  15317 | COMMENT:  1210-M-229*CL8GOV*TTL $257.60@0%/PL*NT/SCH*NON-INT*SVC THRU 8/20/20*W/2 | |

---

| **HAMPTON TOWNSHIP (R/E TAX)** | Trustee Claim Number:22  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC(DELQ CLCTR) | Court Claim Number:9 | ACCOUNT NO.: 0M93 |
| 102 RAHWAY RD | | |
| | CLAIM:  550.03 | |
| MCMURRAY, PA  15317 | COMMENT:  1210-M-93*$@%/CL-PL*NT/SCH*WNTS 10%*2020 TAXES*W/23 | |

---

| **HAMPTON TOWNSHIP (R/E TAX)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC(DELQ CLCTR) | Court Claim Number:9 | ACCOUNT NO.: 0M93 |
| 102 RAHWAY RD | | |
| | CLAIM:  55.01 | |
| MCMURRAY, PA  15317 | COMMENT:  1210-M-93*$@%/CL-PL*NT/SCH*NON-INT*2020 TAXES*W/22 | |

---

| **HAMPTON TOWNSHIP (R/E TAX)** | Trustee Claim Number:24  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC(DELQ CLCTR) | Court Claim Number:9 | ACCOUNT NO.: M229 |
| 102 RAHWAY RD | | |
| | CLAIM:  161.12 | |
| MCMURRAY, PA  15317 | COMMENT:  1210-M-229*$@%/CL-PL*NT/SCH*WNTS 10%*2020 TAXES*W/25 | |

---

| **HAMPTON TOWNSHIP (R/E TAX)** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC(DELQ CLCTR) | Court Claim Number:9 | ACCOUNT NO.: M229 |
| 102 RAHWAY RD | | |
| | CLAIM:  16.11 | |
| MCMURRAY, PA  15317 | COMMENT:  1210-M-229*$@%/CL-PL*NT/SCH*NON-INT*2020 TAXES*W/24 | |

---

| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:3 | ACCOUNT NO.: 6325 |
| PO BOX 10826 | | |
| | CLAIM:  173.94 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  LN MOD @ 30*FR BNY/SLS*DOC 151 | |

---

| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SN SERVICING(*) | Court Claim Number:10 | ACCOUNT NO.: 2354 |
| 323 5TH ST* | | |
| | CLAIM:  13,741.29 | |
| EUREKA, CA  95501 | COMMENT:  LN MOD @ 32 | |

---

| **FRIEDMAN VARTOLO LLP** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 85 BROAD ST STE 501 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NEW YORK, NY  10004 | COMMENT:  US BANK~BSI FNCL/PRAE | |

---

| **WOODLAND HILLS SD & FOREST HILLS (EIT)** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PA MUNIC SVC CO - PRE 2012 YRS | Court Claim Number:11 | ACCOUNT NO.: 0542 |
| 336 DELAWARE AVE | | |
| | CLAIM:  10,420.43 | |
| OAKMONT, PA  15139 | COMMENT:  NT/SCH*2002-2007*TIMELY | |

---

| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:3-3 | ACCOUNT NO.: 6325 |
| PO BOX 10826 | | |
| | CLAIM:  1,937.07 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  PMT/LN MOD-AMD CL-PL-CNF*BGN 1/21*63.18X(56REM+2) = LMT*MOD/COE W/33*F | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK/PRAE | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SN SERVICING(*) | Court Claim Number:10-2 | ACCOUNT NO.:  2354 |
| 323 5TH ST* | | |
| | CLAIM:  0.00 | |
| EUREKA, CA  95501 | COMMENT:  PMT/PL-NMPC*DKT4PMT-LMT*AMD*LOAN MOD BGN 8/21*DKT | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN | Court Claim Number:03-3 | ACCOUNT NO.:  6325 |
| PO BOX 10826 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  PMT/LOAN MOD-CL-PL*BGN 5-21/COE 9-21-21*63.18X50+2=LMT*W/30*DK!! | |