UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/19/25 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  MICHAEL S. CARR

      Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
  MICHAEL S. CARR

      Respondents

Case No. 20-22439GLT

Chapter 13

Document No. 157

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __19th__ day of _September_ 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ecm Transport Llc
Attn: Payroll Manager
15 27Th St
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL S. CARR, social security number XXX-XX-0542. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL S. CARR.

Dated: 9/19/25

cc: Debtor(s)

BY THE COURT:

_____
GREGORY T TADDONI hct
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22439-GLT |
| Michael S. Carr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael S. Carr, 2369 West Hardies Road, Gibsonia, PA 15044-8327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 21, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Michael S. Carr apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Michael S. Carr dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com |

Case 20-22439-GLT    Doc 159    Filed 09/21/25    Entered 09/22/25 00:26:57    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Joshua I. Goldman
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust Series 2007-B as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Specialized Loan Servicing  LLC. as Servicing Agent for The Bank of New York Mellon f/k/a The Bank of New York Mellon as Indenture Trustee for CWHEQ Revolving Loan Trust, Series 2007-B kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor : U.S. Bank Trust National Association  as Trustee for LB-Ranch Series VI Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lorraine Gazzara Doyle
on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Lorraine Gazzara Doyle
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 15