**Fill in this information to identify the case:**

Debtor 1: Michael S. Carr

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
(State)

Case number: 20-22439-GLT

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for LB-Ranch Series VI Trust

**Court claim no.** (if known): 10-2

**Last 4 digits** of any number you use to identify the debtor's account: 2354

**Property address:** 2369 West Hardies Road
Number    Street

_____

Gibsonia    PA    15044
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    10 / 01 / 2025*
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael S. Carr | Case number (*if known*) | 20-22439-GLT |
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/Lauren M. Moyer
Signature

Date 10/02/2025

Print: Lauren M. Moyer
First Name   Middle Name   Last Name

Title: Creditor's Attorney

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City    NY    11530
City           State  ZIP Code

Contact phone (212) 471-5100

Email: bankruptcy@friedmanvartolo.com

*Creditor agrees that the Trustee has made all payments required under the plan, and the Mortgage has been paid by Trustee through the Debtor(s)' take over date. According to the Creditor's records the Debtor(s) are currently due for the October 1, 2025 payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael S. Carr<br>Debtor | : | Bankruptcy No.: 20-22439-GLT |
| | : | |
| | : | Chapter 13 |
| SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Ranch Series VI Trust v. | : | Related to Document No.: DN 160 |
| Michael S. Carr<br>Ronda J. Winnecour | : | Hearing Date and Time: N/A |
| Respondents | | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  October 2, 2025         .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Notice of Electronic Filing.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 2, 2025

By:

/s/Lauren M. Moyer
Signature

Lauren M. Moyer

Typed Name

1325 Franklin Avenue, Suite 160, Garden City, NY 11530

Address

(212) 471-5100

1
Firm Case No. 203220-15

Phone No.

<u>320589 (PA)</u>

List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**

**Service by Regular Mail**

Michael S. Carr
2369 West Hardies Road
Gibsonia, PA 15044
Bankruptcy Debtor

**Service by NEF**

Andrew Kevin Pratt
Calaiaro Valencik
555 Grant Street
Suite 300
Pittsburgh, PA 15219
Attorney

David Z. Valencik
Calaiaro Valencik
555 Grant Street
Suite 300
Pittsburgh, PA 15219
Attorney

Ronda J. Winnecour
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, PA 15219
Bankruptcy Trustee

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
United States Trustee