**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael S. Carr |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 20-22439 |

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 10/02/2025

**Name of creditor:** The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-B

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6325

**Property address:** 2369 W Hardies Rd
Number    Street

Gibsonia, Pennsylvania 15044-8327
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/25/2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Michael S. Carr | Case number (if known) | 20-22439 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Craig A. Edelman     Date 10/02/2025
Signature

| Print | Craig A. Edelman | Title | Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company     Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     P.O. Box 9013
Number     Street

Addison, Texas 75001
City     State     ZIP Code

Contact phone     (972) 643-6600     Email     POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF FINAL CURE NOTICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before October 16, 2025 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**  *Via U.S. Mail*
Michael S. Carr
2369 West Hardies Road
Gibsonia, PA 15044

**Debtor's Attorney**  *Via Notice of Electronic Filing*
David Z. Valencik
dvalencik@c-vlaw.com

**Chapter 13 Trustee**  *Via Notice of Electronic Filing*
Ronda J. Winnecour
rwinnecour@chapter13trusteewpa.com

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman