**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL S. CARR<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:20-22439<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 21, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/20/2020 and confirmed on 10/19/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 149,850.00 |
| Less Refunds to Debtor | 3,490.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,359.49 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 7,477.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,477.53 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - INDENTU<br>Acct: 6325 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 2354 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - INDENTU<br>Acct: 6325 | 173.94 | 173.94 | 0.00 | 173.94 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 2354 | 13,741.29 | 13,741.29 | 0.00 | 13,741.29 |
| BANK OF NEW YORK MELLON - INDENTU<br>Acct: 6325 | 1,937.07 | 1,937.07 | 0.00 | 1,937.07 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 2354 | 0.00 | 95,394.14 | 0.00 | 95,394.14 |
| BANK OF NEW YORK MELLON - INDENTU<br>Acct: 6325 | 0.00 | 3,411.72 | 0.00 | 3,411.72 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 2354 | 0.00 | 0.00 | 0.00 | 0.00 |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: 0M93 | 115.00 | 115.00 | 25.22 | 140.22 |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: 0M93 | 13.80 | 13.80 | 0.00 | 13.80 |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: M229 | 115.00 | 115.00 | 25.22 | 140.22 |
| HAMPTON TOWNSHIP (STRM WTR)<br>Acct: M229 | 13.80 | 13.80 | 0.00 | 13.80 |
| HAMPTON TOWNSHIP (R/E TAX)<br>Acct: 0M93 | 550.03 | 550.03 | 87.59 | 637.62 |
| HAMPTON TOWNSHIP (R/E TAX)<br>Acct: 0M93 | 55.01 | 55.01 | 0.00 | 55.01 |
| HAMPTON TOWNSHIP (R/E TAX)<br>Acct: M229 | 161.12 | 161.12 | 25.85 | 186.97 |
| HAMPTON TOWNSHIP (R/E TAX)<br>Acct: M229 | 16.11 | 16.11 | 0.00 | 16.11 |
| ALLY BANK(*)<br>Acct: 0072 | 14,329.12 | 14,329.12 | 0.00 | 14,329.12 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 130,191.03 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S. CARR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S. CARR | 2,338.51 | 2,338.51 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S. CARR | 1,152.00 | 1,152.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 431.95 | 431.95 | 0.00 | 431.95 |
| Acct: 0542 | | | | |
| HAMPTON TOWNSHIP SD & HAMPTON TV | 3,050.72 | 3,050.72 | 0.00 | 3,050.72 |
| Acct: 0542 | | | | |
| | | | | 3,482.67 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 8,583.45 | 503.48 | 0.00 | 503.48 |
| Acct: 7023 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A9G7 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3683 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 247.07 | 14.49 | 0.00 | 14.49 |
| Acct: 0542 | | | | |
| INTERNAL REVENUE SERVICE* | 986.15 | 57.85 | 0.00 | 57.85 |
| Acct: 0542 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 361.76 | 21.22 | 0.00 | 21.22 |
| Acct: 3851 | | | | |
| WOODLAND HILLS SD & FOREST HILLS ( | 10,420.43 | 611.22 | 0.00 | 611.22 |
| Acct: 0542 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL C MAZACK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN II | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,208.26 |
| **TOTAL PAID TO CREDITORS** | | | | 134,881.96 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,482.67 |
| SECURED | 31,221.29 |
| UNSECURED | 20,598.86 |

Date: 11/21/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL S. CARR

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-22439

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22439-GLT |
| Michael S. Carr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Carr, 2369 West Hardies Road, Gibsonia, PA 15044-8327 |
| cr | + | THE BANK OF NEW YORK MELLON, P.O. Box 9013, Addison, TX 75001, UNITED STATES 75001-9013 |
| 15279219 | + | Collection Service Center, Inc., 250 Mt. Lebanon Blvd., West Mifflin, PA 15234-1252 |
| 15279222 | + | Michael C. Mazack. Esquire, 501 Smtih Drive, Suite 3, Lynch Law Group, Cranberry Twp, PA 16066-4133 |
| 15279226 | + | Township of Hampton and Hampton, Township SD, GBR Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant St., 14th Floor, Grant Buildin, Pittsburgh, PA 15219-6002 |
| 15332697 | + | Woodland Hills SD and Forest Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2025 01:43:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2025 01:11:28 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 22 2025 00:40:33 | BSI Financial Services as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 22 2025 01:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Nov 22 2025 00:40:21 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Nov 22 2025 00:40:34 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ | MEBN | Nov 22 2025 00:41:03 | The Bank of New York Mellon f/k/a The Bank of New, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Nov 22 2025 01:17:00 | The Bank of New York Mellon f/k/a The Bank of New, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 22 2025 01:17:00 | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | UNITED STATES 15219-6101 |
| 15280324 | | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2025 01:17:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15279217 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2025 01:17:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15279218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2025 01:17:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15280475 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 22 2025 01:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302145 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 22 2025 01:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15317257 | | ^ MEBN | Nov 22 2025 00:40:34 | FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 15279221 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2025 01:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16439515 | | Email/Text: mtgbk@shellpointmtg.com | Nov 22 2025 01:17:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15279223 | + | Email/Text: ebnpeoples@grblaw.com | Nov 22 2025 01:17:00 | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15279225 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2025 01:17:00 | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 15282771 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2025 01:17:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15302181 | + | Email/Text: ebnjts@grblaw.com | Nov 22 2025 01:17:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15302180 | + | Email/Text: ebnjts@grblaw.com | Nov 22 2025 01:17:00 | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15365079 | | ^ MEBN | Nov 22 2025 00:40:11 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15303294 | + | Email/Text: bankruptcy@bsifinancial.com | Nov 22 2025 01:17:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 15292778 | | Email/Text: BNCnotices@dcmservices.com | Nov 22 2025 01:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15279227 | | ^ MEBN | Nov 22 2025 00:40:54 | US Bank Trust NA, 7114 E. Stetson Drive, Scottsdale, AZ 85251-3248 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | : U.S. Bank Trust National Association, as Truste |
| cr | | Specialized Loan Servicing, LLC. as Servicing Agen |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| | | |
|---|---|---|
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15279220 | ##+ | ERC/Enhanced Recovery Corp., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15279224 | ##+ | Steidl and Steinberg, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219-1932 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Andrew Kevin Pratt
on behalf of Debtor Michael S. Carr apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
on behalf of Debtor Michael S. Carr dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Joshua I. Goldman
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing
josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
on behalf of Creditor Specialized Loan Servicing  LLC. as Servicing Agent for The Bank of New York Mellon f/k/a The Bank of New York Mellon as Indenture Trustee for CWHEQ Revolving Loan Trust, Series 2007-B kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor : U.S. Bank Trust National Association  as Trustee for LB-Ranch Series VI Trust
bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lorraine Gazzara Doyle
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 32 |

Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Lorraine Gazzara Doyle

on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15