# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 20-22439-GLT |
| | ) |
| Michael S. Carr | ) **Chapter** 13 |
| | ) |
| **Debtor.** | ) |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required under the Chapter 13 Plan.

2. The Debtor is not required to pay any domestic support obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 29, 2020, at Docket No. 47, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This certification is being signed under the penalty of perjury by the Debtors who have carefully examined and understood each of the Bankruptcy Code sections referenced in this Certification.

**DATED**: January 12, 2026

**CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esq.**     PA I.D. No. 328784

**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**Phone:**     (412) 232-0930
**Fax:**       (412) 232-3858
**Email:**     apratt@c-vlaw.com