| Information to identify the case: | |
|---|---|
| Debtor 1: **Michael S. Carr** (First Name, Middle Name, Last Name) | Social Security number or ITIN  xxx–xx–0542<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN  ____<br>EIN __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number:  20–22439–GLT | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael S. Carr

1/12/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22439-GLT |
| Michael S. Carr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 12, 2026 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Carr, 2369 West Hardies Road, Gibsonia, PA 15044-8327 |
| cr | + | THE BANK OF NEW YORK MELLON, P.O. Box 9013, Addison, TX 75001, UNITED STATES 75001-9013 |
| 15279219 | + | Collection Service Center, Inc., 250 Mt. Lebanon Blvd., West Mifflin, PA 15234-1252 |
| 15279222 | + | Michael C. Mazack. Esquire, 501 Smtih Drive, Suite 3, Lynch Law Group, Cranberry Twp, PA 16066-4133 |
| 15279226 | + | Township of Hampton and Hampton, Township SD, GBR Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant St., 14th Floor, Grant Buildin, Pittsburgh, PA 15219-6002 |
| 15332697 | + | Woodland Hills SD and Forest Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 13 2026 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 13 2026 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 13 2026 05:04:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 13 2026 05:04:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 13 2026 00:06:35 | BSI Financial Services as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 13 2026 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Jan 13 2026 00:06:33 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Jan 13 2026 00:06:35 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

Case 20-22439-GLT   Doc 174   Filed 01/14/26   Entered 01/15/26 00:34:23   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ MEBN | Jan 13 2026 00:06:55 | The Bank of New York Mellon f/k/a The Bank of New, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon f/k/a The Bank of New, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15280324 | | EDI: GMACFS.COM | Jan 13 2026 05:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15279217 | + | EDI: GMACFS.COM | Jan 13 2026 05:04:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15279218 | + | EDI: BANKAMER | Jan 13 2026 05:04:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15280475 | + | EDI: BANKAMER2 | Jan 13 2026 05:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302145 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2026 00:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15317257 | | ^ MEBN | Jan 13 2026 00:06:34 | FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 15279221 | + | EDI: IRS.COM | Jan 13 2026 05:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16439515 | | Email/Text: mtgbk@shellpointmtg.com | Jan 13 2026 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15279223 | + | Email/Text: ebnpeoples@grblaw.com | Jan 13 2026 00:14:00 | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15279225 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 15282771 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15302181 | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15302180 | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15365079 | | ^ MEBN | Jan 13 2026 00:06:16 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15303294 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 13 2026 00:14:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 15292778 | | Email/Text: BNCnotices@dcmservices.com | Jan 13 2026 00:14:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15279227 | | ^ MEBN | Jan 13 2026 00:06:48 | US Bank Trust NA, 7114 E. Stetson Drive, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: 3180W | Total Noticed: 35 |

Scottsdale, AZ 85251-3248

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | : U.S. Bank Trust National Association, as Truste |
| cr | | Specialized Loan Servicing, LLC. as Servicing Agen |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15279220 | ##+ | ERC/Enhanced Recovery Corp., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15279224 | ##+ | Steidl and Steinberg, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219-1932 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2026         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Michael S. Carr apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Michael S. Carr dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2007-B dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust Series 2007-B as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC. as Servicing Agent for The Bank of New York Mellon f/k/a The Bank of New York Mellon as Indenture Trustee for CWHEQ Revolving Loan Trust, Series 2007-B kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 12, 2026 | Form ID: 3180W | Total Noticed: 35 |

Lauren Moyer
    on behalf of Creditor : U.S. Bank Trust National Association as Trustee for LB-Ranch Series VI Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15