**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL S. CARR

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-22439

Chapter 13

Document No.: 164

FILED
1/12/26 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

AND NOW, this __12th__ day of __January__, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: __January 12, 2026__

Gregory␣Taddonio      hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael S. Carr  
    Debtor

Case No. 20-22439-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jan 12, 2026      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Carr, 2369 West Hardies Road, Gibsonia, PA 15044-8327 |
| cr | + | THE BANK OF NEW YORK MELLON, P.O. Box 9013, Addison, TX 75001, UNITED STATES 75001-9013 |
| 15279219 | + | Collection Service Center, Inc., 250 Mt. Lebanon Blvd., West Mifflin, PA 15234-1252 |
| 15279222 | + | Michael C. Mazack. Esquire, 501 Smtih Drive, Suite 3, Lynch Law Group, Cranberry Twp, PA 16066-4133 |
| 15279226 | + | Township of Hampton and Hampton, Township SD, GBR Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant St., 14th Floor, Grant Buildin, Pittsburgh, PA 15219-6002 |
| 15332697 | + | Woodland Hills SD and Forest Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2026 00:18:28 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2026 00:18:28 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 13 2026 00:06:36 | BSI Financial Services as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 13 2026 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Jan 13 2026 00:06:34 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Jan 13 2026 00:06:37 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | ^ | MEBN | Jan 13 2026 00:06:55 | The Bank of New York Mellon f/k/a The Bank of New, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon f/k/a The Bank of New, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |

Case 20-22439-GLT   Doc 175   Filed 01/14/26   Entered 01/15/26 00:34:23   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 33 |

| Recipient | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15280324 | | Email/Text: ally@ebn.phinsolutions.com | Jan 13 2026 00:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15279217 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 13 2026 00:14:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15279218 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 13 2026 00:14:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15280475 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 13 2026 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302145 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2026 00:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15317257 | ^ | MEBN | Jan 13 2026 00:06:36 | FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 15279221 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2026 00:14:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16439515 | | Email/Text: mtgbk@shellpointmtg.com | Jan 13 2026 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15279223 | + | Email/Text: ebnpeoples@grblaw.com | Jan 13 2026 00:14:00 | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15279225 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 15282771 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2026 00:14:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15302181 | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15302180 | + | Email/Text: ebnjts@grblaw.com | Jan 13 2026 00:14:00 | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15365079 | ^ | MEBN | Jan 13 2026 00:06:17 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15303294 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 13 2026 00:14:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 15292778 | | Email/Text: BNCnotices@dcmservices.com | Jan 13 2026 00:14:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15279227 | ^ | MEBN | Jan 13 2026 00:06:49 | US Bank Trust NA, 7114 E. Stetson Drive, Scottsdale, AZ 85251-3248 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | : U.S. Bank Trust National Association, as Truste |
| cr | | Specialized Loan Servicing, LLC. as Servicing Agen |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15279220 | ##+ | ERC/Enhanced Recovery Corp., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15279224 | ##+ | Steidl and Steinberg, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219-1932 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

**Name** — **Email Address**

Andrew Kevin Pratt
on behalf of Debtor Michael S. Carr apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
on behalf of Debtor Michael S. Carr dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Joshua I. Goldman
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B as serviced by NewRez LLC D/B/A Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
on behalf of Creditor Specialized Loan Servicing  LLC. as Servicing Agent for The Bank of New York Mellon f/k/a The Bank of New York Mellon as Indenture Trustee for CWHEQ Revolving Loan Trust, Series 2007-B kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor : U.S. Bank Trust National Association  as Trustee for LB-Ranch Series VI Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust  National Association as Trustee of the Cabana Series III Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 33 |

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust ldoyle@squirelaw.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15